# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff(s),<br><br>    v.<br><br>TIANDRE WATSON,<br><br>                        Defendant(s). | Case No. 2:21-CR-140 JCM (NJK)<br><br>ORDER |

Presently before the court are defendant TiAndre Watson ("defendant")'s four pro se motions for documents. (ECF Nos. 43–46). No responses or oppositions have been filed thereto, and the time to do so has passed.

Defendant seeks copies of the docket sheet, judgment and commitment form, and the transcript from the sentencing hearing in this matter to assist in moving for compassionate release and/or reduction in sentence pursuant to 28 U.S.C. § 2255.

Local rule 7-2 provides that "[a]ll motions—unless made during a hearing or trial—must be in writing and served on all other parties who have appeared. The motion must be supported by a memorandum of points and authorities." LR 7-2. Local rule IC 5-1 provides that a signature is required on all filings, and that "[t]he signatory must be the attorney or pro se party who electronically files the document." LR IC 5-1. Local rule IC 7-1 provides that "[t]he court may strike documents that do not comply with these rules."

Watson is currently represented by counsel, attorney Jawara Griffin, and thus his motions are improperly submitted as pro se motions without the signature of his attorney or points and authorities. If Watson wishes to move this court for further action in this case, he must do so through his attorney or after applying to proceed in forma pauperis.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Martinez's motions for documents (ECF Nos. 43, 44, 45, 46) be, and the same hereby are, STRICKEN.

DATED June 26, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**