RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Tiandre Watson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-CR-140-JCM-NJK |
| Plaintiff, | **Joint Stipulation Regarding a Reduction in Sentence** |
| v. | |
| Tiandre Watson, | |
| Defendant. | |

In compliance with Amended General Order 2023-09, the parties, Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Tiandre Watson, file this Joint Stipulation.

The parties state as follows:

1.      Undersigned counsel and government counsel have determined that Mr. Watson qualifies for a sentence reduction under United States Sentencing Guidelines Amendment 821 and have reached an agreement regarding a proposed sentencing reduction.

2.    Defense counsel has spoken to the defendant.   The defendant consents to the proposed sentencing reduction detailed below.   The defendant waives any right to appear telephonically or in person at a hearing, should this Court find a hearing is necessary.

3.    On June 1, 2022, this Court sentenced Mr. Watson to 37 months' imprisonment.   ECF No. 42.   Mr. Watson was in CHC IV with a total offense level of 17, which yielded a sentencing guideline range of 37–46 months.   Under the amended Guidelines, the parties have determined Mr. Watson is in CHC III with a total offense level of 17 which yields a guideline range of 30–37 months.

4.    Consistent with U.S.S.G. § 1B1.10, the parties are proposing Mr. Watson's sentence be amended to Time Served as of February 1, 2024.

5.    The parties note that pursuant to § 1B1.10(e)(2), any sentence reduction ordered by the Court cannot be effective until February 1, 2024.

DATED this 21st day of December, 2023.


RENE L. VALLADARES                    JASON M. FRIERSON
Federal Public Defender               United States Attorney


By /s/ Madeline S. Lal                By /s/ Jim W. Fang
MADELINE S. LAL                       JIM W. FANG
Assistant Federal Public Defender     Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

United States of America,

          Plaintiff,

     v.

Tiandre Watson,

          Defendant.

Case No. 2:21-CR-140-JCM-NJK

**ORDER**

The Court has considered the parties' proposed resolution and the factors set out in 18 U.S.C. § 3553(a) and under U.S.S.G. § 1B1.10.

IT IS THEREFORE ORDERED that the parties' proposed amended sentence is accepted pursuant to Amended General Order 2023-09, an AO247 form reflecting the amended sentence will be filed..

DATED December 27, 2023.

_____
UNITED STATES DISTRICT JUDGE

3